## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Rebekah Leigh Marshall

               Plaintiff,

v.
                               Case No.:
                               1:26−cv−04734

                               Honorable Sunil R.
                               Harjani

The Partnerships and Unincorporated Associations
Identified on Schedule A

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 27, 2026:

      MINUTE entry before the Honorable Sunil R. Harjani: The Court reviewed the Plaintiff's response [16]. The shipping address on the order summary reflects an address in Pennsylvania, which is insufficient to show a sale within the jurisdiction. By 6/3/2026, plaintiff shall file supplemental evidence showing a sale within the jurisdiction or a status report stating its basis to continue this case without such sale. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.