**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Rebekah Leigh Marshall

                        Plaintiff,

v.                                      Case No.:
                                      1:26−cv−04734

                                      Honorable Sunil R.
                                      Harjani

The Partnerships and Unincorporated Associations
Identified on Schedule A

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 4, 2026:

      MINUTE entry before the Honorable Sunil R. Harjani: Pursuant to Plaintiff's notice of voluntary dismissal [18] and Fed. R. Civ. P. 41(a)(1)(A)(i), this matter is dismissed without prejudice as to the remaining defendant with each party to bear its own costs and fees. All pending motions, hearings, and deadlines are stricken. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.