✎ AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 1:26-cv-04734    DATE FILED 4/27/2026 | Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Rebekah Leigh Marshall | The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | see attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK Thomas G. Bruton | (BY) DEPUTY CLERK E. Calasanz | DATE 6/4/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-457-774

**Effective Date of Registration:**
May 14, 2025
**Registration Decision Date:**
August 14, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Rainbow Egg Layers |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | February 03, 2021 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Rebekah Leigh Marshall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rebekah Leigh Marshall |
| | Barton Cottage Thurloxton, Taunton, TA2 8RH, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Rebekah Leigh Marshall |
| **Email:** | rebekah-leigh@hotmail.co.uk |
| **Address:** | Barton Cottage Thurloxton |
| | Taunton TA2 8RH United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 14, 2025 |
| **Applicant's Tracking Number:** | RM2025051302 |

# Rainbow Egg Layers



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-459-621

**Effective Date of Registration:**
May 14, 2025
**Registration Decision Date:**
August 27, 2025

---

## Title
_____

**Title of Work:** The Hen Party

## Completion/Publication
_____

**Year of Completion:** 2020
**Date of 1st Publication:** July 09, 2020
**Nation of 1st Publication:** United Kingdom

## Author
_____

- **Author:** Rebekah Leigh Marshall
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Rebekah Leigh Marshall
Barton Cottage Thurloxton, Taunton, TA2 8RH, United Kingdom

## Rights and Permissions
_____

**Name:** Rebekah Leigh Marshall
**Email:** rebekah-leigh@hotmail.co.uk
**Address:** Barton Cottage Thurloxton
Taunton TA2 8RH United Kingdom

## Certification
_____

**Name:** David Denholm
**Date:** May 14, 2025
**Applicant's Tracking Number:** RM2025051304

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-453-778

**Effective Date of Registration:**
May 14, 2025
**Registration Decision Date:**
July 23, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Grow Good Things |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | April 21, 2022 |
| **Nation of 1ˢᵗ Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Rebekah Leigh Marshall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rebekah Leigh Marshall |
| | Barton Cottage Thurloxton, Taunton, TA2 8RH, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Rebekah Leigh Marshall |
| **Email:** | rebekah-leigh@hotmail.co.uk |
| **Address:** | Barton Cottage Thurloxton |
| | Taunton TA2 8RH United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 14, 2025 |
| **Applicant's Tracking Number:** | RM2025051301 |



Grow Good Things

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Rebekah Leigh Marshall

                                        Plaintiff,

v.                                                      Case No.:
                                                        1:26–cv–04734

                                                        Honorable Sunil R.
                                                        Harjani

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 4, 2026:

    MINUTE entry before the Honorable Sunil R. Harjani: Pursuant to Plaintiff's notice of voluntary dismissal [18] and Fed. R. Civ. P. 41(a)(1)(A)(i), this matter is dismissed without prejudice as to the remaining defendant with each party to bear its own costs and fees. All pending motions, hearings, and deadlines are stricken. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.